IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CONCORD BOAT CORPORATION, et al                                    PLAINTIFFS

V.                              NO. 4:95cv00781 JMM

BRUNSWICK CORPORATION                                              DEFENDANT

ORDER GIVING NOTICE OF INTENT TO UNSEAL

Due to storage limitations and because of the volume of materials that were filed under seal in this matter, the Clerk of the United States District Court for the Eastern District of Arkansas has requested that the Court enter an order to unseal all of the exhibits and documents in this case and make them part of the public case file. There has been no activity in the case later than February 6, 2003.[1]

Due to the passage of time, an order unsealing the material may be appropriate, but the parties are hereby given notice and the opportunity to object in the event they contend any of the materials should remain confidential as privileged, as trade secrets, or for other reasons. The Court will enter an order unsealing all exhibits and documents in the case on June 1, 2009, unless any party shall before that date file **exhibit or document specific** objections[2] showing good cause why the specified materials should remain under seal.

IT IS SO ORDERED this 25th day of March, 2009.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE

---

[1] Final judgment on the merits was entered August 22, 2000, pursuant to the mandate of the Eighth Circuit Court of Appeals. All subsequent entries dealt with imposition of costs. The United States has denied certiorari and all proceedings are concluded.

[2] A blanket objection will not be considered.