IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CONCORD BOAT CORPORATION, et al                    PLAINTIFFS

V.                    NO. 4:95cv00781 JMM

BRUNSWICK CORPORATION                    DEFENDANT

ORDER

    By Order entered March 25, 2009 (DE #1407), the parties were given an opportunity to give notice why documents filed under seal in the above case should remain sealed. The deadline for the parties to notify the Court has passed and no request has been filed. Therefore, the Clerk of the United States District Court for the Eastern District of Arkansas is authorized to unseal the documents filed in the above case and make these documents part of the public record.

    IT IS SO ORDERED this 2nd day of June, 2009.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE